(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



FILED
JUL 19 2022
US DISTRICT COURT
DISTRICT OF DELAWARE

Lilia Q. Ryan

_____

(Name of Plaintiff or Plaintiffs)

v.

Delaware Park Casino
Delaware Park Management Co. LLC

(Name of Defendant or Defendants)

Civ. Action No. 22-949
(To be assigned by Clerk's Office)

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☒ Yes
☐ No

1. This action is brought pursuant to (check all spaces that apply):

   ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is: 02/06/1975

   ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

   ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at  11 Fawn Ln
   (Street Address)
   Sicklerville    Camden    N.J    08081
   (City)   (County)   (State)   (Zip Code)

   _____
   (Area Code) (Phone Number)

   **Attach additional sheets if more than one Plaintiff.**

3. Defendant resides at, or its business is located at  777 Delaware Park Blvd.
   (Street Address)
   Wilmington        Delaware    19804
   (City)   (County)   (State)   (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's **Delaware Park Casino** place of business (Defendant's Name) located at **777 Delaware Park Blvd.** (Street Address) **Wilmington** (City) _____ (County) **DE** (State) **19804** (Zip Code).

5. The alleged discriminatory acts occurred on **15** (Day), **July** (Month), **2019** (Year).

6. The alleged discriminatory practice ☒ is ☐ is not continuing.

7. On **13** (Day), **July** (Month), **2021** (Year), Plaintiff filed charges with the Department of Labor of the State of Delaware: **State of Delaware Department of Labor** (Agency) **4425 N. Market Street** (Street Address) **Wilmington** (City) _____ (County) **Delaware** (State) **19802** (Zip Code), regarding defendant's alleged discriminatory conduct.

8. On **13** (Day), **July** (Month), **2021** (Year), Plaintiff filed charges with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: **13** (Day), **July** (Month), **2021** (Year).

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

   A. ☐ Failure to employ plaintiff.
   B. ☐ Termination of plaintiff's employment. Plaintiff was terminated from employment on the following date: _____.
   C. ☐ Failure to promote plaintiff. Plaintiff was refused a promotion on the following date: _____
   D. ☒ Other acts (please specify): **Sexual Harassment, alleged plot, Retaliation, Slander inappropriate touches, personal attack, hate crime etc... Being surveillance, documented. Big Bosses and Management have knowledge about this**

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply): **act**.

2

    A. ☒ Plaintiff's race
    B. ☒ Plaintiff's color
    C. ☒ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☒ Plaintiff's national origin
    F. ☒ Plaintiff's age
    G. ☐ Plaintiff's disability

12. A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE: ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

    **THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

    A. ☐ Injunctive relief (specify what you want the Court to order): _____
    B. ☐ Back pay.
    C. ☐ Reinstatement to former position.
    D. ☒ Monetary damages in the amount of _____.
    E. ☒ That the Court appoint legal counsel.
    F. ☒ Such relief as may be appropriate, including costs and attorney's fees.
    G. ☒ Other (specify): _____.

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated: _7/14/22_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

---

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

LILIA RYAN
609-437-3198
LILIA RYAN
11 FAWN LN
SICKLERVILLE NJ 08081-9246

**1 LBS**          **1 OF 1**
DWT: 11,9,1

SHIP TO:
JOHN A. CERINO
US DISTRICT COURT OF DELAWARE
UNIT 8, ATTN: CLERK COURT
844 N KING ST
**WILMINGTON  DE  19801-3519**



FILED
JUL 19 2022
US DISTRICT COURT
DISTRICT OF DELAWARE





DE 197 9-25

**UPS GROUND**
TRACKING #: 1Z 5AR 426 42 2433 3493



BILLING: P/P
SIGNATURE REQUIRED

  

